UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**RETURN TO SENDER**
☐ CONTENT DOES NOT FIT POLICY 810.03
☒ NOT AT THIS FACILITY
☐ PACKAGE UNACCEPTABLE TO POLICY 810.03

JUL 1 1 2024   Discharged

ALASKAN FRONTIER 995
8 JUL 2024 PM



quadient
FIRST-CLASS MAIL
IMI
$000.64
07/08/2024 ZIP 99513
043M31245980
US POSTAGE

RECEIVED
JUL 17 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Lonny P. Mattila
757977
Goose Creek Correctional Center
22301 West Alsop Rd.
Wasilla, AK 99623

NIXIE        995    DE 1         0007/15/24
             RETURN TO SENDER
                  REFUSED
             UNABLE TO FORWARD
BC: 99513756404          *1623-03258-08-41

Case 3:23-cv-00251-SLG   Document 11   Filed 07/17/24   Page 1 of 2

# Other Orders/Judgments
## 3:23-cv-00251-SLG Mattila v. City of Palmer et al

### U.S. District Court

### United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 7/8/2024 at 1:18 PM ADT and filed on 7/8/2024
**Case Name:** Mattila v. City of Palmer et al
**Case Number:** 3:23-cv-00251-SLG
**Filer:**
**Document Number:** 10(No document attached)

**Docket Text:**
**SLG TEXT ORDER: In light of the resignation of Judge Kindred this case is hereby reassigned to the Honorable Chief Judge Sharon L. Gleason for all future proceedings. Please use case number 3:23-cv-00251-SLG on all future filings. (RMC, COURT STAFF)**

**3:23-cv-00251-SLG Notice has been electronically mailed to:**

**3:23-cv-00251-SLG Notice has been delivered by other means to:**

Lonny P. Mattila
757977
Goose Creek Correctional Center
22301 West Alsop Rd.
Wasilla, AK 99623